# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **WESLEY MORGAN,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.<br>5:09-CV-114 (CAR) |
| Warden **ALEXIS CHASE**, et al., | : | |
| Defendants. | : | |

## ORDER ON THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 6] that the State of Georgia and the Chatham County Commissioners be dismissed from this action. A copy of the Recommendation was forwarded Plaintiff, and no Objection was filed. Having considered the Report and Recommendation, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation of the United States Magistrate Judge is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 13th day of May, 2009.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

jlr